Opinion issued March 4, 2021



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-20-00323-CV

_____

## IN THE INTEREST OF A.M.P., A CHILD

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-29177**

## MEMORANDUM OPINION

Appellant, Jasmine Pilkington, has failed to timely file a brief. *See* TEX. R. APP. P. 38.8(a). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Countiss, Rivas-Molloy, and Guerra.